IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 02-258 |
| v. | : | |
| | : | CIVIL ACTION |
| MARK KRAUSS | : | NO. 06-4239 |

### ORDER

**AND NOW**, this 11th day of May, 2009, upon consideration of Petitioner's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (docket no. 76) and all responses thereto, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

(1) The Motion is **DENIED**.

(2) Petitioner's Request for an Evidentiary Hearing is **DENIED**.

(3) The Clerk of the Court shall mark Civil Action No. 06-4239 **CLOSED**.

(4) Because there is no probable cause to issue a certificate of appealability, no certificate of appealability shall issue.

BY THE COURT:

S/ BRUCE W. KAUFFMAN
**BRUCE W. KAUFFMAN,  J.**